UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case No. **'07 MJ 2768** |
| Plaintiff, | ) ) ) | COMPLAINT FOR VIOLATION OF |
| v. | ) ) ) | Title 21, U.S.C., Section 841(a); (MANUFACTURING MARIJUANA); Title 18, U.S.C. Section 924(c); |
| SCOT ALBERT SHARP | ) ) ) ) ) | (POSSESSION OF FIREARMS IN RELATION TO A DRUG TRAFFICKING OFFENSE) |
| Defendant. | ) | |

FILED 07 NOV 28 PM 12:00 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: _____ DEPUTY

The undersigned complainant being duly sworn states:

## COUNT 1

On or before November 27, 2007, within the Southern District of California, defendant SCOT ALBERT SHARP did knowingly and intentionally manufacture plants, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1).

## COUNT 2

On or about November 27, 2007, within the Southern District of California, defendant SCOT ALBERT SHARP, in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, manufacturing of marijuana plants, the crime charged in Count 1 of this complaint, did knowingly and intentionally possess firearms, that is, handguns, in furtherance of such crime of manufacturing marijuana plants; in violation of Title 18, United States Code, Sections 924(c)(1).

//

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
GORDON GEEREDS
ATF SPECIAL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE ON

NOVEMBER 28, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

## Statement of Facts

On November 27, 2007, a federal search warrant was executed by federal agents at 8539 Aquarius Drive, San Diego, California. Federal agents discovered a marijuana grow room located in the garage area. There was also a hidden access to the marijuana grow room through the living room area of the house. The entry way was located behind the sofa in the living room and disguised by a hanging tapestry. Agents found approximately 16 marijuana plants and approximately 17 rootballs inside the marijuana grow room  The marijuana grow room contained a lighting system to cultivate the marijuana, an irrigation system, and climate control equipment (air conditioners and fans). Defendant Scot Albert Sharp was found inside the residence. He was the sole occupant of the residence and the only resident who was living at the location.

On a table in the living room area of Scot Albert Sharp's residence, agents recovered bongs (smoking devices) with residue consistent with marijuana; matches; and a wooden box containing processed marijuana. On the coffee table in the living area, agents seized a marijuana leaf grinder used for refining marijuana leaves for smoking marijuana by cigarettes. Agents seized approximately $5,000 in cash located in an ammunition can next to the coffee table in the living room on the floor.

Agents also located a safe inside Scot Albert Sharp's bedroom that contained approximately 17 plastic bags of high-quality marijuana buds. Agents also found a beam-scale co-located with ziploc baggies and a $1,000 in cash on the top shelf of the hallway closet

Agents also recovered a total of six firearms, including two loaded handguns, three rifles and one shotgun. One of the loaded handguns was identified as a Smith & Wesson 357 revolver, model number 340SC, bearing serial number CJE3848. This loaded revolver contained five rounds of 357caliber ammunition. This loaded revolver was found in a coffee-table drawer in the living room. Agents also found financial records, including checks in Scot Albert Sharp's name, and other documents bearing his name. ATF records show that Scot Albert Sharp is the registered owner of this revolver.

Agents found a second loaded handgun located in a night-stand inside Scot Albert Sharp's bedroom. This handgun was a glock pistol, model 23, 40 caliber bearing serial number CXV574US. Agents also found documents bearing Scot Albert Sharp's name as well as loose ammunition (40 caliber) inside that night-stand. The glock contained eight rounds of 40 caliber ammunition. ATF records show that Scot Albert Sharp is the registered owner of this handgun.

Four other firearms (three rifles and one shotgun) were found in an unloaded condition. In Scot Albert Sharp's bedroom, agents found two rifles on a shelf in the bedroom. Another rifle was recovered behind the front door of Scot Albert Sharp's residence. The shotgun was recovered located on the kitchen table. Agents also found ammunition next to the shotgun on the kitchen table.

Investigation further demonstrated that Scot Albert Sharp was the utility subscriber for 8539 Aquarius Drive, San Diego, California since August 15, 2006. Department of Motor Vehicle records show that Scot Albert Sharp has several vehicles registered to him at 8539 Aquarius Drive, San Diego, California.

GORDON GEEREDS
ATF SPECIAL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE ON

NOVEMBER 28, 2007.

UNITED STATES MAGISTRATE JUDGE