MICHAEL S. BERG (CA. Bar No. 102972)
Attorney at Law
401 West "A" Street, Suite 2600
San Diego, California 92101
Telephone: (619) 239-2186
Fax: (619) 237-1310

Attorney for: **Sharp**

FILED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. ANTHONY J. BATTAGLIA)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-MJ-2768 |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| SCOT ALBERT SHARP, | |
| Defendant. | |

PLEASE TAKE NOTICE that the above-named defendant hereby substitutes MICHAEL S. BERG as attorney of record in the above-captioned matter in lieu of JODI THORP.

Dated: 12/10/07

_____
SCOT ALBERT SHARP

AGREED TO:

Dated: 12/10/07

_____
MICHAEL S. BERG

Dated: 12/12/07

_____
JODI THORP