FILED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ANTHONY J. BATTAGLIA)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-MJ-2768 |
| Plaintiff, | ORDER GRANTING SUBSTITUTION OF ATTORNEY |
| vs. | |
| SCOT ALBERT SHARP, | |
| Defendant. | |

The Court, having considered defendant SCOT ALBERT SHARP's application for a Substitution of Attorney, and good cause appearing for the Application;

IT IS HEREBY ORDERED that MICHAEL S. BERG is substituted in as Counsel of Record for the above-named defendant.

Dated: December 11, 2007

ANTHONY J. BATTAGLIA
U.S. Magistrate