

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. Case No. 07CR3460-JLS |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Sec. 841(a)(1) Manufacturing Marijuana Plants; Title 18, U.S.C. Sec. 922(g)(3) Unlawful User of Marijuana In Possession of Firearm |
| SCOT ALBERT SHARP, ) | |
| Defendant. ) | |

The United States Attorney charges:

<u>COUNT 1</u>

On or before November 27, 2007, within the Southern District of California, defendant SCOT ALBERT SHARP did knowingly and intentionally manufacture marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

//

//

//

## COUNT 2

On or about November 27, 2007, within the Southern District of California, SCOT ALBERTO SHARP, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, possessed in an affecting commerce a firearm, to wit: one Smith & Wesson 357 revolver, model number 340SC, bearing serial number CJE3848, which had been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: Dec 27, 2007.

KAREN P. HEWITT
United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney

2