1AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
DEC 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| | 07CR 3460 -JLS |
| SCOT ALBERT SHARP | CASE NUMBER: 07 mj 2768 |

I, SCOT ALBERT SHARP the above named defendant, who is accused of violating Title 21, U.S.C., Section 841(a)(1) – Manufacturing Marijuana Plants and Title 18, U.S.C. 922(g)(3) – Unlawful user of controlled substances in possession of a firearm – being advised of the nature of the charge, the proposed superseding information and of my rights, hereby waive in open court on 12/27/07 prosecution by indictment and consent that the proceeding may proceed by superseding information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER