MICHAEL S. BERG  (CA. Bar No. 102972)
Attorney at Law
401 West "A" Street, Suite 2600
San Diego, California  92101
Telephone: (619) 239-2186
Fax: (619) 237-1310

**Attorney for Sharp**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  07-3460-JLS |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | |
| SCOT SHARP, ) | |
| Defendant. ) | |

IT IS HEREBY AGREED AND STIPULATED between the parties that the sentencing on the above-referenced matter be changed from April 11, 2008 to July 18, 2008, at 9:00 a.m.  Time for trial on said matter is hereby excluded.

SO STIPULATED AND AGREED.

Dated:   04/08/08         /s/ Michael Berg
                          MICHAEL S. BERG
                          Attorney for Sharp

Dated: 04/08/08           /s/ Sherri Walker Hobson
                          SHERRI WALKER HOBSON
                          Assistant U.S. Attorney