MICHAEL S. BERG  (CA. Bar No. 102972)
Attorney at Law
401 West "A" Street, Suite 2600
San Diego, California  92101
Telephone: (619) 239-2186
Fax: (619) 237-1310

**Attorney for Sharp**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  07-3460-JLS |
| Plaintiff, | ) DECLARATION OF MICHAEL S. BERG |
| vs. | ) |
| SCOT SHARP, | ) |
| Defendant. | ) |

I, MICHAEL S. BERG, HEREBY DECLARE AS FOLLOWS:

1.  I am an attorney in good-standing, licensed to practice law in the State of California and the Federal Court for the Southern District of California.  I am the attorney of record in the above-referenced matter.

2.  I have discussed this matter with the Assistant U.S. Attorney, Sherri Walker-Hobson, and we are in joint agreement for a continuance of the sentencing in this case.

3.  There are a number of items that are still on-going in this case which would make it impractical to proceed with sentencing at this time.

I declare under penalty of perjury that the above matters are true and correct.

Dated:   04/08/08        /s/ Michael Berg
                        MICHAEL S. BERG
                        Attorney for Sharp