UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>SCOT SHARP,<br><br>　　　Defendant. | ) No. 07-CR-3460-JLS<br>)<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing on the above-referenced matter be changed from April 11, 2008 to July 18, 2008, at 9:00 a.m. Time for trial on said matter is hereby excluded.

　　　SO ORDERED.


DATED:  April 8, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge