# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 2007 CR 3460-JLS |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| SCOT ALBERT SHARP | ) | Booking No. 05665298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7/25/08__ the Court entered the following order:

- _____ Defendant be released from custody.
- _____ Defendant placed on supervised / unsupervised probation / supervised release.
- _____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- _____ Defendant released on $_____ bond posted.
- _____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- **✓** Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- **✓** Defendant sentenced to TIME SERVED, supervised release for __3__ years.
- _____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.
- _____ Bench Warrant Recalled.
- _____ Defendant forfeited collateral.
- _____ Case Dismissed.
- _____ Defendant to be released to Pretrial Services for electronic monitoring.
- **✓** Other. __BOND EXONERATED__

Received __[signature]__ DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by __[signature]__
Deputy Clerk

Crim-9 (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY